UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

November 17, 2003
10:00 A.M.

*Held 10:25 - 12:30 p.m. (2 hr. 5 min.)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. **3:02CV50** (PCD) **Bulerin v. Armstrong, et al.**

| | |
|---|---|
| Juan Bulerin<br>33 Yale Street, Rm. 5<br>Bridgeport, CT 06605<br>203-333-6627 | Plaintiff |
| Glen Conway<br>Knight, Conway & Cerritelli<br>7 Elm Street<br>New Haven, CT<br>203-624-6115 | Plaintiff - for settlement purposes only |
| Richard T. Biggar<br>Attorney General's Office<br>MacKenzie Hall<br>110 Sherman Street<br>Hartford, CT 06105<br>860-808-5450 | All Defendants |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK