UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUAN BULERIN<br>*Plaintiff,* | :<br>:<br>: |
| vs | : CIVIL NO 3:02CV50(PCD)<br>: |
| JOHN ARMSTRONG, ET AL.<br>*Defendants.* | :<br>: FEBRUARY 12, 2003 |

## MOTION TO DISMISS

The parties in the above captioned matter move the Court to dismiss the matter now pending with prejudice and without costs to either party.

THE PLAINTIFF,
JUAN BULERIN

By_____
Glenn M. Conway
Fed Bar CT 17946
Knight, Conway, & Cerritelli
7-9 Elm Street. Suite 2L
New Haven, CT 06510
203 624 6115
203 624 4791 (fax)

## **CERTIFICATION**

This is to certify that on this 30th day of December, 2003 a copy of the foregoing was mailed, postpaid, or hand-delivered to:

Richard T. Biggar, Esq.
Attorney General's Office
MacKenzie Hall
110 Sherman Street
Hartford, CT 06103

_____
GLENN M. CONWAY