UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUAN BULERIN | : | |
| | : | |
| VS. | : | CASE NO. 3:02CV50 (PCD) |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | |

**ENDORSEMENT ORDER**

The Motion to Dismiss, document no. 17, is GRANTED.

SO ORDERED.  Dated at New Haven, Connecticut, this 13th day of January, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court